# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Roy C. Smith, on behalf of himself and all others similarly situated<br>*Plaintiff*<br>v. | |
| | Civil Action No.    3:18-01395-JMC |
| Tri-County Electric Cooperative, Inc.<br>*Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendant and the case is dismissed without prejudice for lack of
jurisdiction.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs United States District Judge presiding. The court having dismissed the
case for lack of jurisdiction.

Date:   August 17, 2018

*CLERK OF COURT*

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*